IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BAKARI ANTWANN BALL,

      Appellant,

  v.

               Case No.  5D22-582
               LT Case No. 2020-CF-001193-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed July 26, 2022

Appeal from the Circuit Court
for Seminole County,
Donna L. Mcintosh, Judge.

Matthew J. Metz, Public Defender,
and Joseph Chloupek, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.